# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| *Plaintiff,* | Case No. 1:25-cv-5362 |
| **v.** | Hon. John J. Tharp, Jr. |
| **SABRA CAPITAL PARTNERS, LLC,** | |
| **and** | |
| **ZVI RHINE,** | |
| *Defendants.* | |

## STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE

Plaintiff United States Securities and Exchange Commission ("SEC" or "Commission") and Sabra Capital Partners, LLC, and Zvi Rhine ("Defendants") (collectively referred to as the "Parties") hereby request that the Court enter the attached Order filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing this action with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

WHEREFORE, the parties jointly request that the Court enter the Order dismissing this matter with prejudice.

Dated:  March 6, 2026

Respectfully submitted,

/s/ CHRISTY J. WHITE
CHRISTY J. WHITE
Acting Chief BCDR
United States Securities and Exchange Commission
100 F Street, NE, Mail Stop 5628
Washington, DC 20549-5628
WhiteChr@SEC.gov
Telephone:    202.551.4502
Facsimile:    202.572.1372

Dated: March 6, 2026

_____
Zvi Rhine On behalf of Sabra Capital Partners LLC

_____
Zvi Rhine